IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN FRISCO,<br>Individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TOP HANDS OILFIELD SERVICES, LLC<br>Defendant. | § § § § § § § § § § | CIVIL ACTION NO. 2:15-CV-318 |

## ORDER REGARDING DEFENDANT'S UNOPPOSED
## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

BEFORE THE COURT is Defendant's Unopposed Motion for Extension of Time to Respond to Complaint [# 8 ]. The Court, after examining the pleadings and the case file, and noting that the motion is unopposed, hereby determines that the motion should be granted. Therefore,

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time to Respond to Complaint [# 8 ] is GRANTED and Defendant is ORDERED to respond to the Complaint on or before September 9, 2015.

SIGNED this ____ day of  8/26/15 , 2015.

_____
UNITED STATES DISTRICT JUDGE